# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| YOOJIN CHUNG, on behalf of herself and all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>EVERGREEN HOMECARE SERVICE OF NY INC. d/b/a SR HOMECARE OF NY, SR HOMECARE OF NY, INC. a/k/a SR HOMECARE AGENCY OF NY, INC., ELIM HOME CARE AGENCY, LLC, HYUNG JONG KOO a/k/a TOMMY KOO, JAMES KOO,<br>*Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scorr K. Hur, Esq
Robert L. Lash, Esq.
Hur, Lash & Choe, LLP
600 Sylvan Avenue, Suite 109
Englewood Cliffs, NJ 07632

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**RIDER TO SUMMONS**
**(Names and Addresses of Defendants to be Served)**

**Evergreen Homecare Service of NY Inc.**
**d/b/a SR Homecare of NY**
37-10 149th Place
Flushing, New York 11354

**SR Homecare of NY, Inc. a/k/a SR Homecare Agency of NY Inc.**
37-10 149th Place
Flushing, New York 11354

**Elim Home Care Agency, LLC**
42-51 160th Street
Flushing, New York 11358

**Hyung Jong Koo a/k/a Tommy Koo**
42-51 160th Street
Flushing, New York 11358

**James Koo**
37-10 149th Place
Flushing, New York 11354

**Seung Ryun Choi**
37-10 149th Place
Flushing, New York 11354

**Hye Ran Kim**
42-51 160th Street
Flushing, New York 11358